# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Tinessa Armock, | : |
| Plaintiff, | : Civil Action No.: Case No. 1:14-cv-00970-JTN |
| v. | : |
| Alliance Health Networks, LLC, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Alliance Health Networks, LLC with prejudice and without costs to any party.

| | |
|---|---|
| Tinessa Armock | Alliance Health Networks, LLC |
| /s/ Sergei Lemberg | /s/ Gary W. Faria |
| Sergei Lemberg, Esq. | Gary W. Faria, Esq. |
| LEMBERG LAW, LLC | Usher & Spaniola, P.C. |
| 1100 Summer Street, 3rd Floor | 5440 Corporate Drive, Suite 250 |
| Stamford, CT 06905 | Troy, Michigan 48098-2648 |
| Tel: (203) 653-2250 | Tel: (248) 641-7000 |
| slemberg@lemberglaw.com | gwf@uferspan.com |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 13, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Gary W. Faria, Esq.
Usher & Spaniola, P.C.
5440 Corporate Drive, Suite 250
Troy, Michigan 48098-2648

            By */s/ Sergei Lemberg*
              Sergei Lemberg, Esq.